LEVIN, Appellant, v. NEW BASIN CANAL
AND SHELL ROAD, ET AL.

———

(March 28, 1927. Opinion and Decree.)

———

(*Syllabus by the Court*)

1. Louisiana    Digest—Automobiles—Par.
    4 (b).

Where two trucks, approaching each other at right angles, enter an intersection at about the same time the one having the right of way is privileged to proceed; the other truck should await its passage.

Appeal from Civil District Court, Division "F". Hon. Percy Saint, Judge.

Action by Morris Levin against New Basin Canal and Shell Road, et al.

There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

Feitel & Feitel, N. H. Polmer, of New Orleans, attorneys for plaintiff, appellant.

Henry Mooney, Paul A. Sompayrac, of New Orleans, attorneys for defendant, appellee.

WESTERFIELD, J.    This case results from a collision between a Ford truck belonging to plaintiff and a truck of the Board of Control of the New Basin Canal and Shell Road.

The drivers of both vehicles were under the impression that they had the right-of-way. The Ford was proceeding in Broad street, toward Canal street, and the Canal Board truck out Banks street toward the river. Both streets are boulevards, within the meaning of the traffic ordinance, and there is no street car track on either. The Canal Board truck had the right-of-way because it was approaching from the right. Section 7 (f) Ord. 7490, C. C. S. Both trucks entered the intersection at about the same time. The Ford should have yielded the way to the other truck.

The judgment appealed from is correct and it is therefore affirmed.